**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 15-cv-02612-CMA

DALE ANN NEWELL,

    Plaintiff,

v.

DXP ENTERPRISES, INC., a Texas corporation, and
METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,

    Defendants.

---

## NOTICE OF DISCLOSURE

---

Please take notice that the undersigned is insured by Metropolitan Life Insurance Company. Any party wishing to suggest recusal of the undersigned may do so within 10 days from the date of this notice.

DATED: January 26, 2016

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge