IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-02612-CMA

DALE ANN NEWELL,

    Plaintiff,

v.

DXP ENTERPRISES, INC., a Texas corporation, and
METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,

    Defendants.

---

ORDER DISMISSING PLAINTIFF'S
THIRD AND FOURTH CLAIMS FOR RELIEF

---

    Before the Court is the Parties' Undisputed Joint Motion for Dismissal of Plaintiff's Third and Fourth Claims for Relief (Doc. #25).  The Court has reviewed the file and is fully advised of the premises, it is therefore

    ORDERED GRANTING the Motion (Doc. #25), and Plaintiff's Third and Fourth Claims for Relief are dismissed, with prejudice, each party to bear its own costs and fees associated therewith.

    DATED:  February 19, 2016

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge